IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.                                                             CASE NO.  11 CR 1032/PAE

MIGUEL STRONG, et. al.,

        Defendant.

_____/

### ATTORNEY AFFIRMATION

    KAFAHNI NKRUMAH, an attorney admitted to practice law before this court hereby affirms to the truth to the following pursuant to Title 28 U.S.C. § 1746:

    (1)    I am the attorney of record in the matter herein, appointed to represent Miguel Strong;

    (2)    This affirmation is submitted in response to the Court's Order dated August 24, 2012;

    (3)    I have not provided the preliminary enterprise letter and the protective order relating to the same to anyone in my office, or anyone else, at this time.

Executed this 30th day of August 2012

Respectfully Submitted;

_____,
Kafahni Nkrumah, Esq.
Counsel for Mr. Strong

KAFAHNI NKRUMAH L.L.P.
116 W. 111th Street
New York, NY 10026
(212) 971 – 8771
(347) 271 – 3610

kankrumahesq@aol.com