UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES

-v-

LEONIDES SIERRA et al.,

                  Defendants.

------------------------------------------------------------------X

S5 11 Cr. 1032 (PAE)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2013

PAUL A. ENGELMAYER, District Judge:

    Two pre-trial conferences, for the defendants previously identified as the "Murder Defendants," are currently scheduled for Friday, November 1, 2013 at 2:00 p.m. and 3:30 p.m. Both conferences will now be held in Courtroom 506 in the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: October 29, 2013
       New York, New York