
```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES                                     :
                                                  :
              -v-                                 :
                                                  :
LEONIDES SIERRA et al.,                           :
                                                  :
                              Defendants.         :
                                                  :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2013

S5 11 Cr. 1032 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Based on counsels' written submissions and the Court's colloquy with counsel at the pretrial conferences held on November 1, 2013, the Court sets the following trial dates for the defendants designated as the "Murder Defendants"[1]:

**1. March 10, 2014 Trial**

As previously announced, *see* Dkt. 856, trial of defendants Carlos Urena, Juan Franco, and Limet Vazquez will begin Monday, March 10, 2014. Trial is expected to last approximately 3–4 weeks. The Court has set a next conference date for these three defendants for November 15, 2013 at 11:30 a.m. and has set a schedule for pretrial motions.

**2. April 21, 2014 Trial**

Trial of defendant Julian Lopez will begin April 21, 2014. This trial is expected to last approximately 1–2 weeks.[2] By this Order, the Court is setting a pretrial conference in this case for November 26, 2013, at 2:30 p.m.

---

[1] As the Court emphasized at the November 1, 2013 conferences, these trial dates are premised on the assumption that the Attorney General will not pursue capital charges against these defendants, and have been set without prejudice to each defendants' right to move for severance.

[2] The Court is mindful that James Neuman, Esq., counsel for defendant Lopez, has a trial in the Eastern District of New York scheduled to begin May 12, 2013. The Court will attempt, if necessary, to accommodate Mr. Neuman's scheduling needs, to the extent consistent with the April

### 3. July 7, 2014 Trial

Trial of defendants Maria Mejia, Lenin Morel, Ramon Lizardi, and Miguel Delance will begin July 7, 2014. This trial is expected to last approximately 3 weeks. A pretrial conference for these four defendants and the Murder Defendants scheduled to go to trial in either September 2014 or January 2015 (*see infra*) is scheduled for February 7, 2014, at 10:00 a.m. At that conference, the Court will set a date for a conference specifically for the four defendants scheduled to go to trial on July 7, 2014. In the event that counsel believe an earlier pretrial conference limited to this group of four defendants would be productive, they are at liberty, in writing, to request such a conference and to explain the purpose that it would serve.[3]

### 4. September 15, 2014 Trial

Trial of defendants Felix Lopez-Cabrera, Luis Beltran, Javier Beltran, Michael Cabrera, Miguel Strong, Yandel Silverio, Carlos Lopez, Andry Lazala, and Raymond Sosa will begin September 15, 2014. Trial is expected to last approximately 2–3 months.[4] In all likelihood at the February 7, 2014 conference, the Court will set a conference date specifically for this group of defendants.

### 5. January 20, 2015 Trial

Trial of defendants Raymond Sosa, Hargelis Vargas, Manuel Geraldo, Anderson Abreu, and Jugo Cespedes will begin January 20, 2015. Trial is expected to last approximately 2–3 weeks. In

---

21, 2014 trial date. Possible means include conducting and completing jury selection the week before April 21, 2014, and sitting for trial five days per trial week (rather than the Court's usual practice of sitting four days). The Court will take these scheduling issues up at a later conference.

[3] The Court is mindful that Edward Wilford, Esq., counsel for defendant Mejia, is scheduled to attend an out-of-town conference the last week of July 2014. As with Mr. Neuman, the Court will attempt to accommodate Mr. Wilford's scheduling needs, consistent with the July 7, 2014 trial date.

[4] As counsel are aware, the Court's preference is not to try more than approximately five defendants at any one trial. In setting nine defendants down for trial, the Court assumes, as has the Government, that there may be pretrial dispositions that reduce the number of defendants who go to trial.

all likelihood at the February 7, 2014 conference, the Court will set a conference date specifically for this group of defendants.[5]

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: November 5, 2013
       New York, New York

---

[5] As noted at the November 1, 2013 conferences, defendant Sosa would be tried both in the trial beginning September 15, 2013 and the trial beginning January 20, 2014. The Government will be called upon to delineate, clearly and substantially in advance of trial, which of Sosa's charged offenses it will attempt to prove at each trial.

3