UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES

-v-

LEONIDES SIERRA et al.,

                Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/2014

11 Cr. 1032 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    Yesterday, January 27, 2014, the Court issued an order scheduling a conference on February 6, 2014 to resolve the pending discovery motions filed by defendants Miguel Delance and Ramon Lizardi, Dkt. 971. The Court has since received a letter from the Government informing it that the AUSA most familiar with the issues underlying the motions will be on trial that day. The Government asks that the Court instead hold the motion conference immediately after the pretrial conference scheduled for February 7, 2014, for the defendants in this case scheduled to go to trial in July 2014, September 2014, and January 2015. The Court grants this reasonable request. The Court will therefore hold two conferences in this case on February 7, 2014: a pretrial conference for all defendants in this case who are scheduled to go to trial in July 2014, September 2014, and January 2015; followed by a conference to resolve the motions filed by Delance and Lizardi. The Court expects that the other two defendants scheduled to go to trial alongside Delance and Lizardi in July 2014 (Maria Mejia and Lenin Morel) will remain in attendance for the latter conference.

There has been some confusion as to the time of the February 7, 2014 pretrial conference. A minute entry dated November 1, 2013 incorrectly stated that the conference would be held at 11 a.m. The Court's November 5, 2013 order correctly stated that the conference had been scheduled at 10 a.m. Dkt. 880. The Court hereby clarifies that the February 7, 2014 pretrial conference will be held at 10 a.m. The conference to address the motions by Delance and Lizardi will begin promptly after the conclusion of the pretrial conference.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: January 28, 2014
       New York, New York