UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
UNITED STATES                                       :
                                                    :        S5 11 Cr. 1032 (PAE)
              -v-                                   :
                                                    :             ORDER
LEONIDES SIERRA et al.,                             :
                                                    :
                            Defendants.             :
                                                    :
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/12/14

PAUL A. ENGELMAYER, District Judge:

        The Court has received a letter, dated June 11, 2014, from counsel for defendant Felix

Lopez-Cabrera, on behalf of all defendants in this case scheduled to be tried in September. Dkt.

1188. The letter requests that the Court's April 24, 2014 protective order, which applies to the

transcripts of the trial of Carlos Urena and Limet Vasquez, be amended to allow each defendant

to retain a copy of the disc containing the transcripts. The letter does not indicate whether the

Government has been consulted with regard to this request, and, if so, the Government's view on

the matter.

        Counsel for Mr. Lopez-Cabrera are hereby directed to confer with the Government and

submit to the Court, no later than June 20, 2014, a revised request for an amendment to the

protective order, incorporating the Government's views.

        SO ORDERED.

                                                    Paul A. Engelmayer

                                                    Paul A. Engelmayer
                                                    United States District Judge

Dated:  June 12, 2014
        New York, New York