

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 24, 2014

**BY ECF AND EMAIL**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

*MEMO ENDORSED*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/14

Re:   *United States* v. *Miguel Strong*,
      11 Cr. 1032 (PAE)

Dear Judge Engelmayer:

The Government respectfully submits this letter to request that the Court adjourn the date by which the Government is required to respond to the defendant's pretrial motions. Presently, the response is due on July 28, 2014. However, the parties are in productive discussions about a pretrial disposition of the case, which would be finalized within the next week. Accordingly, on consent of the defendant, the Government respectfully requests that the deadline for the Government's response be adjourned from July 28, 2014 to August 6, 2014, in order to afford the parties the opportunity to complete these discussions and schedule a guilty plea.

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By:   /s/
      Rachel Maimin / Jessica Ortiz / Micah Smith
      Assistant United States Attorneys
      (212) 637-2460 / 2398 / 2439

cc: Joshua Dratel, Esq.
    Kafahni Nkrumah, Esq.

Granted.   7/24/14

**SO ORDERED:**

_____
HON. PAUL A. ENGELMAYER
**UNITED STATES DISTRICT JUDGE**