

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York   10007*

August 6, 2014

**BY ECF AND EMAIL**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/14
```

      Re:   *United States* v. *Felix Lopez-Cabrera* et al.,
             S5 11 Cr. 1032 (PAE)

Dear Judge Engelmayer:

      The Government respectfully submits this letter to request that the Court adjourn the date by which the parties are required to submit motions *in limine*. Presently, these motions *in limine* are due on August 11, 2014. That is the same date on which the Court will hold a hearing relating to the suppression motions of defendant Javier Beltran, for which the Government is preparing. On consent of the defendants, the Government respectfully requests that the deadline for motions *in limine* be adjourned from August 11, 2014 to August 18, 2014.

                                  Respectfully submitted,

                                    PREET BHARARA
                                  United States Attorney
                                  Southern District of New York

                      By:      /s/
                            Micah Smith / Jessica Ortiz / Rachel Maimin
                            Assistant United States Attorneys
                            (212) 637-2439 / 2398 / 2460

cc: Defense Counsel (by ECF)

Granted. The Clerk is directed to terminate the motion pending at Dkt. 1239.

SO ORDERED:           8/7/14

*Paul A. Engelmayer*
_____
HON. PAUL A. ENGELMAYER
**UNITED STATES DISTRICT JUDGE**