

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York   10007*

August 13, 2014

**BY ECF AND EMAIL**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *United States* v. *Felix Lopez-Cabrera* et al.,
            S5 11 Cr. 1032 (PAE)

Dear Judge Engelmayer:

      As the Court is aware, the parties' motions *in limine* are due on Monday, August 18, 2014.   In the interest of efficiency, the Government intends to submit a single omnibus brief containing the Government's motions as to all of the defendants.   The Government will make every effort to keep the length of the brief within the 25 pages set forth in Your Honor's Individual Rules.   However, in an abundance of caution, the Government respectfully requests permission to file an oversize brief in order to ensure that the brief contains all of the relevant facts and legal authorities.

                      Respectfully submitted,

                      PREET BHARARA
                      United States Attorney
                      Southern District of New York

      By:   /s/
                      Rachel Maimin/ Micah Smith/ Jessica Ortiz
                      Assistant United States Attorneys
                      (212) 637-2460 / 2439/ 2398

cc: Defense Counsel