

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 13, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/14

**BY ECF AND EMAIL**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States* v. *Felix Lopez-Cabrera* et al.,
      S5 11 Cr. 1032 (PAE)

Dear Judge Engelmayer:

As the Court is aware, the parties' motions *in limine* are due on Monday, August 18, 2014. In the interest of efficiency, the Government intends to submit a single omnibus brief containing the Government's motions as to all of the defendants. The Government will make every effort to keep the length of the brief within the 25 pages set forth in Your Honor's Individual Rules. However, in an abundance of caution, the Government respectfully requests permission to file an oversize brief in order to ensure that the brief contains all of the relevant facts and legal authorities.

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By:   _____/s/_____
Rachel Maimin/ Micah Smith/ Jessica Ortiz
Assistant United States Attorneys
(212) 637-2460 / 2439/ 2398

cc: Defense Counsel

The Government's request for permission to file an oversize brief is granted.

**SO ORDERED:**   8/13/14

*Paul A. Engelmayer*

HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE