## Law Office Of
## Kafahni Nkrumah, L.L.P.
### 116 West 111th Street
### New York, New York 10026

Telephone: (717) 971-8771         Fax: (347) 271-3610

October 31, 2014

**BY ECF**

Hon. Paul A. Englemayer

United States District Court Judge

Southern District of New York

United States Courthouse

40 Foley Square

New York, New York 10007-1312

    Re:    United States v. Miguel Strong, et. al., 12 CR 214/ER

Dear Honorable Court:

    I am writing this letter to respectfully request an adjournment of the sentencing hearing for Mr. Miguel Strong which is currently scheduled for November 21st, 2014 at 1:30pm. Counsel respectfully requests this Honorable Court to reschedule the sentencing hearing to any date on or after January 26th, 2015, or any date thereafter that is most convenient for the Court. I have spoken with the Assistant United States Attorney, Nola Heller, regarding this request and the government consents to the requested adjournment.

    Counsel respectfully makes this request in order to continue preparing for Mr. Strong' sentencing hearing. In preparation of Mr. Strong's sentencing submission, counsel is currently in the process of retrieving necessary documentation and character letters from Mr. Strong' family, which counsel presumes translation of some of these documents and letters will be a necessity. Counsel has also been in preparing for a suppression hearing and trial, in the matter of State of New York v. Correll Lloyd, which is scheduled to begin on November 13, 2014 at 9pm in State Court, Bronx County. This is Mr. Strong' first request for an adjournment.

    Should the Court be inclined to grant the request, the parties submit that they are available to the Court at any time, on or after January 26th, 2015.

Thank you for your consideration herein.

                                            Respectfully Submitted,

                                            _/s/ Kafahni Nkrumah ,

                                            KAFAHNI NKRUMAH, Esq.

                                            Counsel for Mr. Strong'

cc:    (by ecf)

        Ms. NOLA HELLER

        Assistant United States Attorney