

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 22, 2015

**BY EMAIL**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/23/2015
```

Re:   *United States v. Leonides Sierra, et al. (Miguel Strong),*
       S5 11 Cr. 1032 (PAE)

Dear Judge Engelmayer:

The Government respectfully writes in advance of the sentencing for Miguel Strong, which is scheduled to take place on Thursday, January 29, 2015. Accordingly, the Government's sentencing submission is due to the Court on today, Thursday, January 22, 2015. The Government respectfully requests an extension of time to file its sentencing submission until Monday, January 26, 2015. I have spoken to defense counsel and he does not object to the Government's request. The Government apologizes for the lateness of this request. Thank you for your consideration of this matter.

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By:   ____/s/_____
Jessica Ortiz / Rachel Maimin / Micah Smith
Assistant United States Attorney
(212) 637-2200

1/22/15

Granted.

SO ORDERED:

*Paul A. Engelmayer*
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

Cc:   Kafahni Nkrumah, Esq.