January 15, 2015

To whom it may concern:

My name is Eswilda and I am Miguel's oldest sister more like a mom to him.  "My brother" as I call him our relationship is unique and different from any other relationship.  He has always been my right hand and my rock and I say that because since my son Quelvy that is now 12 years old was born "my brother" has been the one there for me.  It was hard at the age I had my son, I was 16 it was hard for me to work and go to school but he was there, because of him I was able to go to school and work.  He didn't care to wake up at 6 o'clock in the morning to take care of my son so that I could get ready to leave he probably doesn't know this because I never told him because he was always there but the degree I have is thanks to him.

Since my brother been in there my life has not been the same it has been very hard.  Miguel has always been a sick child in types of ways since day one.  He tried to commit suicide and thank God I found out.  Miguel is the happiness of our family.  He would make a joke out of everything he would laugh so bad with no stopping that it would get annoying but with him this didn't happen for long because he would say something even funnier that you could not resist.  He is and he was a great role model for my son because my son got his honesty from Miguel.  I wish that he could be back with us and specially with his daughter that really needs him if I continue talking about my brother we won't finish but what I could say in short words is that I love him and miss him and I am so grateful of having him in my life.  If I was given the opportunity to choose any brother as a brother I would choose Miguel every time with his defects and virtues.  I love everyone and anyone could possibly be a brother, but Miguel is the best little brother that I could have and I will love him always.

I ask you, your honor, to have mercy on my brother.  I know that he has to be responsible for his part in all of this and I know that he has accepted his responsibility in all of this.  I also know that he is ready to become the uncle, little brother, and sibling that he is supposed to be.  Please have mercy on him so he can come home as soon as possible.

Thank you,

Eswilda Hernandez