11CR 1032
(PAE)

Case # P62909/SD
Charge 18 USC 1962(d)

Miguel Strong 66089-054
FCI Beckley
P.O. Box 350
Beaver, WV 25813

U.S. District Court
Southern District of New York
U.S. Courthouse
450 - 500 Pearl St.
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2015 JUN -4  A 9:30

To whom it may concern:

On February 28 of 2015 I sent the court the $100.00 court cost fee (see attachment) but never received a receipt for the payment. And now here at the institution they would like to charge me the same fee but since I already paid it strait through the court I need a receipt from you to verify my payment.

So could you please send me a receipt of my payment as soon as possible. Thank you.

Respectfully,