UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

MIGUEL STRONG,

                Defendant.

11-CR-1032-31 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 19, 2020, defendant Miguel Strong filed a *pro se* motion for compassionate release. Dkt. 2540. The Court reappoints Strong's trial counsel, Joshua Lewis Dratel, Esq., and Kafahni Nkrumah, Esq., for the limited purpose of writing a memorandum of law in support of Strong's motion for compassionate release. That memorandum of law is due December 11, 2020. The Government's opposition is due December 18, 2020.

The Court directs Mr. Strong's counsel to mail a copy of this order to Mr. Strong.

SO ORDERED.

                                                *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: November 24, 2020
       New York, New York