

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 16, 2020

Granted.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

December 16, 2020

**Via Email and ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 1305
New York, New York 10007

Re:   *United States* v. *Miguel Strong*, 11 Cr. 1032 (PAE)

Dear Judge Engelmayer:

     We write in connection with the pending motion for compassionate release, filed by defendant Miguel Strong. The Government's response to the motion is currently due on Friday, December 18, 2020. With the consent of the defendant, the Government respectfully requests that it be allowed an additional few days, until December 23, 2020, to respond to the motion. Thank you for your consideration of this request.

                          Respectfully submitted,

                          AUDREY STRAUSS
                          Acting United States Attorney

                By: Sarah Krissoff_____
                    Sarah Krissoff
                    Assistant United States Attorney
                    (212) 637-2232

cc:   Joshua Dratel, Esq. (by email)
     *Counsel for the defendant*